McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVIES dba I.C. SECURITY SERVICES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BHSW ENTERPRISES dba MRO RESOURCES, JOE SCOTT, GINA HUTCHINSON aka GINA COOPER SHAYLA STARKS, RICHARD ANDREWS, SALLY WIDROW and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Civil No. 2:07-cv-00409-LKK-GGH<br><br>[Superior Court of California, County of Solano, Case No. FCS027120] |
| GINA HUTCHINSON aka GINA COOPER as an individual and dba STONYBROOK APARTMENTS,<br><br>　　　　Cross-complainant,<br><br>　　v.<br><br>WILLIAM DAVIES dba I.C. SECURITY, BHSW ENTERPRISES dba MRO RESOURCES, JOE SCOTT, SHAYLA STARKS, RICHARD ANDREWS, SALLY WIDROW, UNITED STATES INTERNAL REVENUE SERVICE, and DOES 1-10, inclusive<br><br>　　　　Cross-defendants. | **ORDER** |

2271911.1

1  Having considered the United States' Ex-Parte Application for Extension of Time to Respond to
2  Complaint, the record contained herein, and good cause being shown, the Application is HEREBY
3  GRANTED and IT ORDERED THAT the United States shall have up to and including April 6, 2007 in
4  which to respond to the Complaint.
5  IT IS SO ORDERED.
6  Dated:   March 12, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2271911.1