1  McGREGOR W. SCOTT
   United States Attorney

2

3  PAUL S. HAM
   Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:  (202) 307-6421
6  Facsimile:   (202) 307-0054

7  Attorneys for the United States of America

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVIES dba I.C. SECURITY SERVICES, | Civil No. 2:07-cv-00409-LKK-GGH |
| Plaintiff, | [Superior Court of California, County of Solano, Case No. FCS027120] |
| v. | |
| BHSW ENTERPRISES dba MRO RESOURCES, JOE SCOTT, GINA HUTCHINSON aka GINA COOPER SHAYLA STARKS, RICHARD ANDREWS, SALLY WIDROW and DOES 1-10, inclusive, | |
| Defendants. | |
| GINA HUTCHINSON aka GINA COOPER as an individual and dba STONYBROOK APARTMENTS, | **ORDER** |
| Cross-complainant, | |
| v. | |
| WILLIAM DAVIES dba I.C. SECURITY, BHSW ENTERPRISES dba MRO RESOURCES, JOE SCOTT, SHAYLA STARKS, RICHARD ANDREWS, SALLY WIDROW, UNITED STATES INTERNAL REVENUE SERVICE, and DOES 1-10, inclusive | |
| Cross-defendants. | |

2271911.1

1. Having considered the United States' Ex-Parte Application for Extension of Time to Respond to Complaint, the record contained herein, and good cause being shown, the Application is HEREBY GRANTED and IT ORDERED THAT the United States shall have up to and including April 6, 2007 in which to respond to the Complaint.

   IT IS SO ORDERED.

   Dated:   March 12, 2007.

   _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

2271911.1