UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DAVIES dba I.C. SECURITY SERVICES,

        Plaintiff,

   v.

BHSW ENTERPRISES dba MRO RESOURCES, JOE SCOTT, GINA HUTCHINSON aka GINA COOPER, SHAYLA STARKS, RICHARD ANDREWS, SALLY WIDROW and DOES 1-10, inclusive,

        Defendants.

NO. CIV. S-07-409 LKK/GGH

O R D E R

_____/

GINA HUTCHINSON aka GINA COOPER as an individual and dba STONYBROOK APARTMENTS,

        Cross-complainant,

   v.

WILLIAM DAVIES dba I.C. SECURITY, BHSW ENTERPRISES dba MRO RESOURCES, JOE SCOTT, SHAYLA STARKS, RICHARD ANDREWS, SALLY WIDROW, UNITED STATES INTERNAL REVENUE SERVICE, and DOES 1-10, inclusive,

        Cross-defendants.

_____/

1

1    The court is in receipt of the federal government's motion for
2 summary judgment against defendant/cross-defendant BHSW
3 Enterprises, Inc., which seeks a ruling that the United States' tax
4 liens take priority over the claims of the other parties in the
5 suit. Defendant/cross-complainant Gina Hutchinson aka Gina Cooper
6 has filed a statement of non-opposition.

7    Failure to pay taxes creates a lien on the taxpayer's real and
8 personal property in favor of the federal government, and this lien
9 remains in force until it is satisfied or it becomes unenforceable.
10 26 U.S.C. § 6322. Although some liens may take priority over a
11 federal tax lien, 26 C.F.R. § 301.6323, the federal tax lien takes
12 priority over an award of attorney's fees to an interpleading
13 party. <u>Abex Corp. v. Ski's Enterprises, Inc.</u>, 748 F.2d 513, 516
14 (9th Cir. 1984). In order for the lien to be perfected, the
15 government must file a Notice of Federal Tax Lien with the
16 appropriate county reporter. <u>Kivel v. United States</u>, 878 F.2d 301,
17 303 (9th Cir. 1989).

18    Here, the government has provided undisputed evidence of the
19 amount of the unpaid tax balance owed by defendant BHSW
20 Enterprises, Inc. It has also provided undisputed evidence that
21 notices of the liens were properly filed with the Solano County
22 Recorder. There is no evidence before that court that there are any
23 other liens that meet the criteria of those that take precedence
24 over the federal tax lien.

25    Consequently, the United States' motion for summary judgment
26 is GRANTED. The clerk is directed to DISBURSE the interpleader fun

Case 2:07-cv-00409-LKK-GGH   Document 28   Filed 01/08/08   Page 3 of 3

1  and any accrued interest to the United States.
2       IT IS SO ORDERED.
3       DATED:   January 7, 2008.
4
5
6                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3